No. 77–1245.  PARADISE PALMS COMMUNITY ASSN. *v.* PARADISE HOMES ET AL.  Sup. Ct. Nev.  Certiorari denied.

No. 77–1246.  MARYLAND *v.* WHEELER.  Ct. App. Md. Certiorari denied.

No. 77–1304.  MCADAMS *v.* BELL, ATTORNEY GENERAL, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 77–1357.  COLEMAN *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 77–1367.  WELSH *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 77–1375.  MOROYOQUI *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–1393.  CARDARELLA *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 77–5942.  HANNA *v.* ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 77–5972.  ARMSTEAD ET AL. *v.* PHELPS, CORRECTIONS SECRETARY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 77–6054.  PHILLIPS *v.* BENTON ET AL.  C. A. 10th Cir. Certiorari denied.

No. 77–6094.  ROSENMUND *v.* VIRGINIA.  Sup. Ct. Va. Certiorari denied.

No. 77–6101.  SHAVER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 77–6117.  JACKSON *v.* OVERBERG, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.